■ MARCIA KALISH, Appellant, v. AUGUST VON HAGEN, Defendant, and JOSEPH O'BRIEN, Respondent.— Order of the Supreme Court, Westchester County, dated February 14, 1966, reversed and motion for summary judgment denied, with $10 costs and disbursements. In this automobile collision case, a jury question is presented with respect to the length of time which ensued between stoppage of the taxicab and impact with the following automobile, which is

the vital element in ascertaining negligence. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.